AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
OCT 18 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARKO KOCIC | ) | Case No. 1:17-MJ-476 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **August 9, 2013** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1546(a) | Defendant did knowingly, intentionally, and unlawfully commit fraud and misuse of visas, permits, and other documents. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Katherine Wong/Kristina Srica

BRANDON H CREECH
*Complainant's signature*

Brandon H. Creech, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/18/17

*Judge's signature*

City and state: Alexandria, VA
Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*